IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Scott de la Vega, in his official capacity as Acting Secretary of the United States Department of the Interior, and The United States Department of the Interior, <br><br> Defendants. | Case No. 1:21-cv-00034 |

## ORDER ADOPTING NOTICE TO DISMISS

[¶ 1]    THIS MATTER comes before the Court on a Notice of Voluntary Dismissal filed by the Plaintiff on March 9, 2021. Doc. No. 16.

[¶ 2]    Plaintiff seeks to dismiss this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A)(i), the plaintiff may dismiss an action without a Court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. No answer or motion for summary judgment has been filed in this case.

[¶ 3]    Upon consideration, the Court **ADOPTS** the Notice in its entirety. It is therefore ordered this action is **DISMISSED without prejudice**.

[¶ 4]    **IT IS SO ORDERED**.

DATED March 10, 2021.

Daniel M. Traynor, District Judge
United States District Court